**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1081

JOAN E. JACKSON,

Plaintiff - Appellant,

v.

PETER GEREN, The Honorable, Acting Secretary, Department of the Army,

Defendant – Appellee,

v.

BRIANNA SKINNER-HARRIS,

Movant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:07-cv-00851-AW)

Submitted: April 29, 2009                 Decided: May 13, 2009

Before WILKINSON, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joan E. Jackson, Appellant Pro Se. Alex Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dr. Joan E. Jackson appeals the district court's order granting summary judgment in favor of the Honorable Peter Geren, Acting Secretary, Department of the Army, on her claim for retaliation pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jackson v. Geren, No. 8:07-cv-00851-AW (D. Md. Nov. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED